**Santi JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 104034**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: March 28, 2017

Kristina Starke Olson, Public Defender, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Daniel N. McPherson, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

### ORDER

PER CURIAM.

Santi Johnson appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).